# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MARINA DOMINGUEZ CIFUENTES,     :  No. 33 MM 2021

           Petitioner                 :

           v.                   :

THE HONORABLE LINDA CARTISANO   :
DELAWARE COUNTY COURT OF       :
COMMON PLEAS MEDIA, PA,         :

           Respondent          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of May, 2021, the "Complaint," treated as a Petition for Writ of Mandamus, is DENIED, and the "Application for *Nunc Pro Tunc* Relief to File Informal Letter Response" is DISMISSED AS MOOT. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.